# Exhibit A

# INCIDENT/INVESTIGATION REPORT

| | |
|---|---|
| Agency Name | Evergreen Park Police Dept |
| ORI | IL 0163300 |
| Location of Incident | 2559 W 95TH ST, Evergreen Park IL 60805 |
| Gang Relat | NO |
| Premise Type | Parking/drop |
| Beat/N/A | EP |
| Case# | 21-04217 |
| Date / Time Reported | 10/10/2021 21:31 Sun |
| Last Known Secure | 10/10/2021 21:31 Sun |
| At Found | 10/10/2021 21:31 Sun |

## INCIDENT DATA

| # | Crime Incident(s) | Weapon / Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|
| 1 | Armed Habitual Criminal 720/5/24-1.7 (Com) | Handgun | | | | P |
| 2 | Resist, Obstruct, Officer, Firefighter, Correctional Ofc - 720-5/31-1 (Com) | | | | | |
| 3 | Evergreen Seize/impound Unlawful Use Of Weapons - EVERGREEN 13-406L (Com) | | | | | |

MO:

## VICTIM

# of Victims: 2  Type: SOCIETY/PUBLIC  Injury:

| | Victim/Business Name | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | Public | 1,3 | | | | | | |

Home Address: | Email: | Home Phone:
Employer Name/Address: | Business Phone: | Mobile Phone:

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

## OTHERS INVOLVED

CODES: V- Victim (Denote V2, V3)  O = Owner (if other than victim)  R = Reporting Person (if other than victim)

Type: INDIVIDUAL  Injury:

| Code | Name | Victim of Crime # | DOB / Age | Race | Sex | Relationship | Resident Status | Military |
|---|---|---|---|---|---|---|---|---|
| V2 | GUZMAN, RIGOBERTO | 2 | Age 29 | W | M | | | |

Home Address: [redacted]
Employer Name/Address: Village Of Evergreen Park, 9420 S KEDZIE AVE (POLICE OFFICER)
Business Phone: 708-422-2142

Type: INDIVIDUAL  Injury:

| Code | Name | Victim of Crime # | DOB / Age | Race | Sex | Relationship | Resident Status | Military |
|---|---|---|---|---|---|---|---|---|
| IO | WALKER, PERCY | | | B | M | | | |

Home Address: [redacted]

## PROPERTY

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | 77 | NONE | $0.00 | | 1 | PHOTOGRAPHS | | |
| | 13 | EVID | $1.00 | | 1 | FIREARMS | 40/TAURUS/Pt140 | SUK13277 |
| | 59 | EVID | $1.00 | | 1 | FIREARM ACCESSORIES | | |
| | 59 | EVID | $1.00 | | 10 | FIREARM ACCESSORIES | 40/ | |
| | 02 | TOWD | $0.00 | | 1 | 2005 BLK /BLK  CT31622  IL | VOLK Jetta | 3VWSF71K65M623432 |

Officer/ID#: GUZMAN, R. (4196)
Invest ID#: (0)
Supervisor: SWITALSKI, A. L. (4186)

Status | Complainant Signature | Case Status: Cba  10/11/2021 | Case Disposition: Not Applicable (not  10/11/2021 | Page 1

R_CS1IBR  Printed By: STIERS,  Sys#: 288524  10/12/2021 09:04

## Incident Report Additional Name List

*Evergreen Park Police Dept*  OCA: *21-04217*

**Additional Name List**

| Name Code/# | | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| 1) IO | 2 | FICARELLA, SYLYNA L | | ▮ | 36 | W | F |
| Address | | ▮ | | H: - - | | | |
| Empl/Addr | | | | B: - - | | | |
| | | | | Mobile #: - - | | | |

# INCIDENT/INVESTIGATION REPORT

*Evergreen Park Police Dept*

Case # *21-04217*

| Status Codes | 1 = None | 2 = Burned | 3 = Counterfeit / Forged | 4 = Damaged / Vandalized | 5 = Recovered | 6 = Seized | 7 = Stolen | 8 = Unknown |

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

HARTMANN, R.A. (4223), WARNICZEK, A.S. (4211), WARNICZEK, A.S. (4211), BISZEWSKI, M. (4197), REILLY, D.R. (4216), HIGGINS, W. (4151)

Suspect Hate / Bias Motivated:  *NONE (NO BIAS)*

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 21-04217        *Evergreen Park Police Dept*

N A R R A T I V E

# REPORTING OFFICER NARRATIVE

| Evergreen Park Police Dept | | OCA<br>21-04217 |
|---|---|---|
| Victim<br>*Society* | Offense<br>*ARMED HABITUAL CRIMINAL* | Date / Time Reported<br>*Sun 10/10/2021 21:31* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

In Summary: On 10-10-21 at 2131hrs I (Ofc. Guzman *145) was dispatched to Marianos located at 2559 W 95th St in Evergreen Park, IL in reference to a shoplifter. Loss prevention was reporting a female attempting to steal (8) bottles of alcohol by concealing the bottles in reusable plastic bags. The female was reportedly still inside the store and was described as a female white, approximately 5`4, 160lbs, wearing a dark hooded sweatshirt and dark pants.

Upon arrival, Ofc. Warniczek *144, Ofc. Hartmann *112, and I staged outside in the parking lot and requested a loss prevention staff member from Marianos to step outside and meet with officers. Loss prevention member, Isaiah Smith, met with officers and proceeded to state that while monitoring video surveillance he observed the aforementioned female to select numerous large bottles of alcohol and conceal them inside of plastic reusable bags. Isaiah advised the female was currently in the check out lanes inside the store. Isaiah expressed that he wished to pursue criminal complaints for retail theft if the female bypassed the final point of purchase without making payment. Subsequently, officers met with the female subject matching the description as she exited the store. The female identified herself as Sylyna Ficarella (D.O.B         ). Isaiah positively identified Sylyna as the female he had previously observed on video surveillance.

It should be noted that Sylyna did not have possession of any alcohol or any stolen merchandise upon exiting the store. She provided a receipt for 3-4 grocery items which were the only items she had in her possession. I ran Sylyna`s identifiers over the radio and Central Dispatch advised there were previous RMS contacts for retail thefts involving Sylyna at Marianos.

Ofc. Warniczek and I redirected ourselves to Ofc. Warniczek`s patrol vehicle (Unit 2925) to read and learn the details of the previous reports. Meanwhile, Ofc. Hartmann stood by with Sylyna. It was learned that Sylyna had been an offender on a previous retail theft on 06-17-21 (IR: 21-02404). It was learned that Sylyna had been arrested on this date along with a male subject named Percy Walker                        . The incident report listed a 2005 black Volkswagen Jetta (IL registration CT316222) as being used in the commission of the theft.

I looked around the parking lot for a black Volkswagen and observed a Volkswagen Jetta bearing IL registration CT316222 parked and occupied by two male black subjects. Ofc. Warniczek and I proceeded to make contact with the subjects and inquired their purpose of being in the parking lot. Both subjects were evasive in their responses and initially denied any relation to Sylyna and any knowledge of her retail theft attempt at Marianos today. Officer Warniczek and I disclosed that we had knowledge of a previous retail theft involving Sylyna and the vehicle, as well as the involvement of a male named Percy Walker. Ofc. Warniczek obtained the front seat passenger`s identifiers which confirmed his identity as Percy Walker. I obtained the front driver`s temporary photo ID bearing the name of Charles Taylor (D.O.B        ). Ofc. Warniczek temporarily relocated back to his squad car to run a LEADS inquiry on both subjects.

While standing by with Percy and Charles, I continued to inquire about their purpose for being at Marianos. Percy began to become increasingly agitated with the presence of officers stating that he had done nothing wrong. He admitted to being the boyfriend of Sylyna, but continued to deny having knowledge of any attempts to commit a retail theft. I explained to both subjects the purpose of the police contact and the investigation being conducted. Percy became visibly anxious and abruptly exited the vehicle stating he was diabetic and needed to urinate. I ordered Percy to re-enter the vehicle and advised him that he was not free to leave until police finished conducting the investigation regarding the attempted retail theft. Percy stated " I aint got nothing on me, you can search me" and raised his hands above his head. At this time, I conducted a pat-down search of Percy`s person for officer safety which yielded negative results for any illegal contraband. Percy then complied and re-entered the vehicle. At this time, Ofc. Hartmann walked over to my location and assisted in standing by with both subjects. Ofc. Hartmann was able to observe what appeared to be the handle of a handgun protruding from the inner waistband of the front seat driver, Charles Taylor. Contrary to my initial observations throughout my encounter with Charles, I also now could see that

# REPORTING OFFICER NARRATIVE

| Evergreen Park Police Dept | | OCA<br>*21-04217* |
|---|---|---|
| Victim<br>*Society* | Offense<br>*ARMED HABITUAL CRIMINAL* | Date / Time Reported<br>*Sun 10/10/2021 21:31* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

Charles` t-shirt had now risen over his belt line revealing what appeared to be a handgun tucked at the center of his waist.

Myself and Ofc. Hartmann drew our firearm and ordered both occupants to remain in the vehicle and raise their hands above their heads. Central Dispatch was notified and the request for air priority and additional units was made. Additional EPPD officers quickly arrived on scene. The front seat passenger, Percy Walker, was provided with verbal commands and ordered to step out of the vehicle. Percy was compliant and was detained by Ofc. Higgins.

Charles Taylor was ordered to keep his hands above his head and slowly exit the vehicle. Charles complied by exiting the vehicle and was instructed to turn around and face away from officers. Charles took 2 small steps and faced away from officers before quickly turning back around and began to run away. A foot pursuit ensued and Charles proceeded to run away from officers through the parking lot of Marianos, while simultaneously reaching in his waist band for the firearm. While in pursuit of Charles, I observed him to reach in his waistband and drop the firearm on the ground. Ofc. Hartmann stood by with the recovered firearm as I continued the foot pursuit. I was able to catch up to Charles as he met with a chain link fence located in the parking lot just east of Marianos.

Assisting officers and I attempted to take Charles into custody as he began to resist by grabbing onto the chain link fence with both hands, refusing to let go. The struggle led to the ground where Charles then continued to resist arrest by tucking his arms underneath his body and pull away from officers. Ultimately, Charles was taken into custody and transported to the station by Ofc. Warniczek in Unit 2925.

The firearm recovered was a Taurus PT140, 40 caliber semi automatic firearm (Serial number SUK13277). The firearm was photographed, collected, and made safe by Ofc. Higgins. The firearm had a total of (9) live rounds in the magazine and (1) live round in the chamber. A LEADS inquiry of the firearm revealed a HIT confirmation as stolen out of St. Joseph County, Indiana from 2006. (See Ofc. Higgins supplement report).

While still on scene, it was learned that Sylyna was stating she is pregnant and not feeling well. Sylyna could not clearly articulate her pain or elaborate further on her symptoms. She stated that it was likely her anxiety from witnessing what had just transpired which had her feeling overwhelmed. Medical attention was requested and EPFD ambulance #34 arrived on scene. Sylyna signed a refusal for further medical attention and was released from the scene after being issued a criminal trespass warning for Marianos. Percy Walker was also cleared through LEADS and released from the scene with no charges.

The vehicle fit department criteria for impoundment. B&R towing was requested and the vehicle was towed to the EPPD station to further conduct a property inventory search. Ofc. Warniczek and Sgt. Bielanski conducted a search of the vehicle which yielded negative results for any illegal contraband.

I met with Charles Taylor in lock up and read him his Custodial Miranda Warning off a pre-printed form at 2308hrs with Ofc. Warniczek as witness. Charles refused to sign the pre-printed form and refused to make any statement unless he had an attorney present.

Sgt. Bielanksi contacted felony review and I provided ASA Nugaruf with the details surrounding the case. Felony approval was granted at 0030hrs on 10/11/21 for the charge of 720 ILCS 5/24-1.7 (Armed Habitual Criminal) based off Charles` criminal background, including multiple weapon offenses. Sgt. Switalski prepared the felony complaint as well as one misdemeanor complaint for 720 ILCS 5/31-1 (Resisting or obstructing a peace officer) which I signed.

I issued Charles MV:0035764: Sec 13-406(L): Vehicle Impound- Unlawful use of weapons. I provided him with a copy of his citation and MV hearing rights/ hearing notice.

**REPORTING OFFICER NARRATIVE**

| *Evergreen Park Police Dept* | | OCA<br>*21-04217* |
|---|---|---|
| Victim<br>*Society* | Offense<br>*ARMED HABITUAL CRIMINAL* | Date / Time Reported<br>*Sun 10/10/2021 21:31* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Refer to supplemental reports by assisting officers for further. Incident captured on BWC*

Nothing further at this time.

## Incident Report Suspect List

*Evergreen Park Police Dept*

OCA: *21-04217*

| 1 | Name (Last, First, Middle) *TAYLOR, CHARLES M* | Also Known As | Home Address ███ |
|---|---|---|---|
| | Business Address | | |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| ███ | *46* | *B* | *M* | | *511* | *215* | *BLK* | *BRO* | | ███ |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | | Model | Color | Caliber | Dir of Travel |
| | | | | | | | Mode of Travel |
| VehYr/Make/Model | | Drs | Style | Color | Lic/St | | VIN |

Notes          Physical Char

## Incident Report Related Vehicle List

*Evergreen Park Police Dept*

OCA: *21-04217*

| | | | | | |
|---|---|---|---|---|---|
| **1** | VehYr/Make/Model *2005 VOLK, Jetta* | Style *SD* | Color *BLK/BLK* | Lic/Lis *CT31622 IL 2022* | VIN *3VWSF71K65M623432* |
| | IBR Status *Vehicle - Towed/impounded* | Date *10/10/2021* | Location *2559 W 95TH ST, EVERGREEN PARK IL* | | |
| | Condition | Value *$0.00* | Offense Code *520* | Jurisdiction *Locally* | State #     NIC # |
| | Name (Last, First, Middle) *Taylor, Charles M* | | Also Known As | Home Address | |
| | Business Address | | | | |
| | DOB | Age *46* | Race *B* | Sex *M*  Hgt *511*  Wgt *215* | Scars, Marks, Tattoos, or other distinguishing features |

Notes

## Incident Report Related Property List

Evergreen Park Police Dept  OCA: 21-04217

### 1
| Property Description | | Make | Model | Caliber |
|---|---|---|---|---|
| PHOTOGRAPHS | | | | |
| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
| | | $0.00 | 1.000 | | Locally |
| Status | Date | NIC # | State # | Local # | OAN |
| None | 10/10/2021 | | | | |
| Name (Last, First, Middle) | | | DOB | Age | Race | Sex |
| * No name * | | | | | | |

Notes

### 2
| Property Description | | Make | Model | Caliber |
|---|---|---|---|---|
| FIREARMS | | TAURUS | PT140 | 40 |
| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
| | SUK13277 | $1.00 | 1.000 | | Locally |
| Status | Date | NIC # | State # | Local # | OAN |
| Evidence | 10/10/2021 | | | | |
| Name (Last, First, Middle) | | | DOB | Age | Race | Sex |
| * No name * | | | | | | |

Notes

### 3
| Property Description | | Make | Model | Caliber |
|---|---|---|---|---|
| FIREARM ACCESSORIES | | | | |
| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
| | | $1.00 | 1.000 | | Locally |
| Status | Date | NIC # | State # | Local # | OAN |
| Evidence | 10/10/2021 | | | | |
| Name (Last, First, Middle) | | | DOB | Age | Race | Sex |
| * No name * | | | | | | |

Notes

    ammunition magazine

### 4
| Property Description | | Make | Model | Caliber |
|---|---|---|---|---|
| FIREARM ACCESSORIES | | | | 40 |
| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
| | | $1.00 | 10.000 | | Locally |
| Status | Date | NIC # | State # | Local # | OAN |
| Evidence | 10/10/2021 | | | | |
| Name (Last, First, Middle) | | | DOB | Age | Race | Sex |
| * No name * | | | | | | |

Notes

    ammunition

**CASE SUPPLEMENTAL REPORT**

Printed: 10/12/2021 09:04

*Evergreen Park Police Dept*

OCA: **2104217**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| **Case Status:** CBA | **Case Mng Status:** CLEARED BY ARREST | **Occurred:** 10/10/2021 |
| **Offense:** ARMED HABITUAL CRIMINAL | | |

| | | |
|---|---|---|
| **Investigator:** WARNICZEK, A. S. (4211) | **Date / Time:** 10/10/2021 23:27:02, Sunday | |
| **Supervisor:** BIELANSKI, P. G. (4130) | **Supervisor Review Date / Time:** 10/11/2021 00:39:53, Monday | |
| **Contact:** | **Reference:** Supplemental | |

On 10/10/2021 at approximately 2131 hours, I (Ofc. Warniczek #144) responded to Mariano`s, 2559 W 95th St, Evergreen Park, Illinois for a shoplifter.

Upon arrival, Ofc. Guzman and I met with the loss prevention employee, Isayah Smith. Smith stated a F/W, 5`4" tall, 160 lbs, wearing a dark hoodie and dark pants is stealing alcohol. Smith stated he observed the female concealing multiple bottles of alcohol inside of her personal, reusable bags in the frozen aisle. She was now at the self checkout register. Smith stated he wanted the subject arrested and he will sign complaints.

Shortly after, the female now known as Sylyna Ficarella exited Mariano`s and Smith positively identified her as the offender. Ficarella was detained for investigation. She was cooperative and voluntarily proceeded to show officers she did not steal. Ficarella produced a receipt for several purchased items. As responding officers continued investigating, Smith went back to check the cameras.

As I spoke with Ficarella, I recognized her from previous encounters. Local RMS/LEADS/NCIC revealed Ficarella was previously arrested for retail theft at the same location (Mariano`s, 2559 W 95th St) on 06/17/2021, ref. IR# 21-02404. I pulled the previous incident report and learned that Ficarella was arrested along with Percy Walker. During the incident, both stole alcohol and fled the area in a black Volkswagen Jetta, Illinois registration # CT31622. The driver of the Jetta was Charles Taylor.

I then observed the same Jetta bearing the same registration parked in the parking lot. I observed it to be occupied by 2 males. Ofc. Guzman and I walked up and met with both subjects. Both were identified as the same subjects from the previous retail theft. Walker was in the passenger seat and Taylor was in the driver`s seat.

I spoke with Walker while Ofc. Guzman spoke with Taylor. I told Walker the reason I am speaking with them and told him I know they were involved in the same type of incident previously. Walker was cooperative, stated he knows but he did not do anything today.

I relocated back to speak with Ficarella and informed her of my findings. I told her she will be arrested. Ficarella was emotional, stating she will tell me something. Ficarella further asked if she tells me something, will I release her from the scene. I said no. Ficarella stated I would want the information but proceeded to tell me Taylor can not find out she told me. She then voluntarily told me that Taylor may have a gun. I immediately relayed the information via radio. Simultaneously, Ofc. Hartmann relayed over the radio that he observed a gun in Taylor`s waistband. (See Ofc. Hartmann`s and Ofc. Guzman`s reports for details.)

As Taylor was being ordered out of the car, I observed him running away from officers, East through the parking lot, toward Rockwell Ave with Ofc. Hartmann chasing. During the foot pursuit, Ofc. Hartmann stated Taylor dropped the gun and Ofc. Hartmann stood by with it while Taylor continued running away.

Investigator Signature                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 10/12/2021 09:04

*Evergreen Park Police Dept*

OCA: **2104217**

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

**Case Status:** CBA    **Case Mng Status:** CLEARED BY ARREST    **Occurred:** 10/10/2021
**Offense:** ARMED HABITUAL CRIMINAL

**Investigator:** WARNICZEK, A. S. (4211)    **Date / Time:** 10/10/2021 23:27:02, Sunday
**Supervisor:** BIELANSKI, P. G. (4130)    **Supervisor Review Date / Time:** 10/11/2021 00:39:53, Monday
**Contact:**    **Reference:** Supplemental

I gave chase after Taylor and after a brief foot pursuit and struggle, Ofc. Guzman, Ofc. Reilly, Sgt. Bielanski and I placed Taylor in custody near the S/E corner of the parking lot. Taylor refused to get inside my unit #2925. After several orders to do so, he would not cooperate. I had to physically pull Taylor inside my unit from the other side. After securing Taylor, I transported him to the station. I had central dispatch run Taylor for a FOID and concealed carry license (CCL). Central dispatch advised Taylor did NOT.

At the station, I inventoried Taylor`s property and turned him over to lock-up for processing. Taylor was secured in a holding cell. Inventory search of Taylor`s` vehicle was completed revealing no further contraband.

See original report and supplements for details. Nothing further.

Investigator Signature      Supervisor Signature

**CASE SUPPLEMENTAL REPORT**

Printed: 10/12/2021 09:04

*Evergreen Park Police Dept*

OCA: **2104217**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CBA*  
**Case Mng Status:** *CLEARED BY ARREST*  
**Occurred:** *10/10/2021*  
**Offense:** *ARMED HABITUAL CRIMINAL*

**Investigator:** *HARTMANN, R. A. (4223)*  
**Supervisor:** *BIELANSKI, P. G. (4130)*  
**Contact:**  
**Date / Time:** *10/10/2021 23:37:24, Sunday*  
**Supervisor Review Date / Time:** *10/11/2021 00:35:08, Monday*  
**Reference:** *Supplemental*

On 10/10/2021 I assisted with this retail theft incident at Mariano`s (2559 W 95th St). I was standing by with subject, Sylyna Ficarella, outside of the front door of Mariano`s. Loss prevention employee, Isiah Smith, identified Sylyna as the retail theft offender. I placed hand cuffs on Sylyna.

I observed aggressive and unruly speech directed toward Ofc. Guzman from the subjects inside of the black Volkswagen which was parked in the parking lot. Ofc. Guzman was standing at the front passenger window of the Volkswagen. The subjects who were inside of the Volkswagen are now identified as Percy Walker and Charles Taylor. I walked over to the car to back up Ofc. Guzman. I observed through the windshield and in plain view what appeared to be the magazine of a pistol protruding from Charles Taylor`s waistband as he was seated in the driver`s seat of the Volkswagen. Charles` hands were in his lap and the gun was easily accessible to him. I alerted Ofc. Guzman of my observation of the pistol in Charles Taylor`s waistband. I drew my firearm, pointed it at Charles Taylor, and ordered him to keep his hands on the steering wheel. I ordered Charles to slowly exit the Volkswagen, place his hands on top of the car, and to not move. Charles disobeyed my commands and ran away from me. I gave chase. During my foot pursuit of Charles, I observed him reach into the front of his waistband where the pistol was located, pull it out, and drop it directly below him on the ground. Charles continued to run away and disobeyed numerous commands from multiple officers to stop. I stood by at the exact location where the gun was lying on the ground. It was not touched nor moved until it was collected by evidence technician Higgins.

Nothing further.

Investigator Signature

Supervisor Signature

**CASE SUPPLEMENTAL REPORT**    Printed: 10/12/2021 09:04

*Evergreen Park Police Dept*    OCA: **2104217**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CBA*    **Case Mng Status:** *CLEARED BY ARREST*    **Occurred:** *10/10/2021*
**Offense:** *ARMED HABITUAL CRIMINAL*

**Investigator:** *HIGGINS, W. (4151)*    **Date / Time:** *10/11/2021 00:31:49, Monday*
**Supervisor:** *BIELANSKI, P. G. (4130)*    **Supervisor Review Date / Time:** *10/11/2021 01:04:22, Monday*
**Contact:**    **Reference:** *Evidence Technician Report*

in summary, on 10-10-2021 I responded to the Mariano`s store parking lot to assist other Evergreen Park officers who were already on scene with an armed subject, later identified as Charles Taylor.

Upon arrival Officers Guzman and Hartman were standing with their service weapons pointed at Taylor who was still sitting in the drivers seat of a black Volkswagen. In the passenger seat was subject Percy Walker. Walker was ordered out of the vehicle and I ordered him to the ground and placed him in handcuffs. Taylor then exited the drivers side and ran East through the parking lot dropping a handgun as he ran. Officer Hartman stood by with the dropped handgun while Officer Guzman continued to chase Taylor who was then placed in custody a short distance away.

I then turned over subject Walker to Officer Reilly, it was determined that Walker was not involved criminally in the incident and he was released from the scene. I then took overall photographs of the scene, vehicle and the dropped handgun. Sergeant Bielanski then cleared the handgun, there was one round in the chamber and nine rounds in the magazine. I then recovered the handgun and ammunition.

I returned to the station and had central dispatch run the handgun through LEADS. A Taurus 40 caliber semi automatic, model PT140, serial number SUK13277. Response came back stolen out of St Joseph county Indiana in 2006.

I then relocated to our lockup where Officer Guzman had just finished reading Taylor the Miranda. Taylor was asked if he had any injuries and he related that his back hurt. Officer Guzman asked Taylor if he needed an ambulance and Taylor would not give a clear answer. Taylor was then asked if pictures could be taken of his person to document if there were any injuries and he replied that he wanted a lawyer. Officer Guzman and I then ended our conversation with Taylor.

The photographs, handgun and ammunition were placed into evidence.

Investigator Signature    Supervisor Signature