# Exhibit B

*Submitted as a Digital Exhibit*