# Exhibit C



**U.S. Department of Justice**

*United States Attorney*
*Northern District of Illinois*

| | | |
|---|---|---|
| *Elie Zenner* | *Dirksen Federal Courthouse* | *Direct Line: (312) 697-4032* |
| *Assistant United States Attorney* | *219 South Dearborn Street, Fifth Floor* | *Fax: (312) 353-4324* |
| | *Chicago, IL 60604* | *E-mail: elie.zenner@usdoj.gov* |

February 10, 2022

Re: Officer Interview Disclosure Letter – Officer Ryan Hartmann

On February 10, 2022, Evergreen Police Officer Rob Hartmann, Star #4223, met with AUSA Elie Zenner and FBI Task Force Officer Chris LeCompte at the U.S. Attorney's Office at 219 S. Dearborn, Chicago, Illinois, to discuss the incident involving Charles Taylor that occurred on October 10, 2021, at approximately 9:30 p.m. at or near 2559 W. 95th Street, Evergreen Park, Illinois. Before beginning the interview, Officer Hartmann was given the opportunity to review the Arrest Report in Case No. 21-04217. Officer Hartmann's account of the incident was consistent with the arrest report. Officer Hartmann also provided the following information in addition to what was provided in the report:

- Officer Hartmann has worked for the Evergreen Park Police Department for 3 years. Prior to working for the Evergreen Park Police Department, Officer Hartmann worked as a personal trainer.

- Officer Hartmann responded to the Mariano's at 2559 W. 95th Street after receiving a report of shoplifting.

- After interacting with the accused shoplifter, Sylyna Ficarella, Officers Guzman and Officer Warniczek returned to a police vehicle to run her information. Officer Warniczek was familiar with Ms. Ficarella from previous incidents. Officer Hartmann stood by with Ms. Ficarella. Officer Hartmann saw Officer Guzman and Officer Warniczek walk over to a black Volkswagen Jetta and start talking with the occupants.

- A few minutes later, Officer Hartmann observed the passenger get out of the car and start walking around. Eventually, Officer Hartmann saw the passenger get back in the vehicle. A few minutes later, after Officer Warniczek had returned to his police vehicle, the conversation became louder and more agitated. Officer Hartmann put out a request for backup on the radio.

- Officer Hartmann then walked toward the passenger side of the vehicle where Officer Guzman was standing. As Officer Hartmann approached the vehicle, he observed Percy Walker in the passenger seat. Officer Hartmann recognized

Walker from previous incidents. When Officer Hartmann was approximately 1-2 feet from the front of the vehicle, he looked through the clear, front windshield and observed in plain sight the handle or magazine of a firearm protruding from the driver's waistband. Officer Hartmann was close enough to touch the hood of the car from where he was standing when he made this observation. The driver, now known to be Charles Taylor, had his hands in his lap where he could easily access the gun.

- When he saw the firearm, Officer Hartmann stated that the driver had a gun. Officer Hartmann drew his gun, pointed it at Taylor, and ordered Taylor to exit the vehicle. Officer Hartmann did not hear any report from Officer Warniczek over the radio about Ms. Ficarella reporting that there was a gun in the car.

- Walker exited the vehicle first and Officer Higgins put him in handcuffs. Taylor then slowly exited the vehicle. Officer Hartmann ordered him to put his hands up. As Taylor turned toward the vehicle, he ran away.

- Officer Hartmann gave chase. Officer Hartmann was chasing Taylor for a few seconds and was about 15 feet away from him when he observed Taylor reach into the front of his waistband with his right hand and drop a gun. Officer Hartmann observed the gun fall between his legs and hit the pavement. Officer Hartmann heard the sound of metal hitting pavement. It was dark, but there were parking lot lights nearby.

- When Taylor dropped the firearm, Officer Hartmann stopped pursuing him and stood next to the firearm lying on the ground.

Officer Hartmann has reviewed this report and agrees to its content

        Very truly yours,

        JOHN R. LAUSCH, JR.
        United States Attorney

        By: /s/ Elie Zenner

        ELIE ZENNER
        Assistant United States Attorney