# Exhibit D

*Submitted as a Digital Exhibit*