## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                            Case No.: 1:22–cr–00158
                                                       Honorable Martha M. Pacold

Charles Taylor

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 17, 2023:

      MINUTE entry before the Honorable Martha M. Pacold: as to Charles Taylor: In−person ruling on the motion to quash arrest and suppress evidence [52] held on 11/17/23. Defendant's motion to quash arrest and suppress evidence [52] is denied for the reasons stated on the record. The parties are directed to file a joint status report by 12/15/23 with an update on the status of the case and including any request for a further status hearing, change of plea hearing, or trial. The status report should include a summary of the defense position on the status of the case, including whether the defense intends to file any additional pretrial motions and objects to the exclusion of time under the Speedy Trial Act. The court will enter a scheduling order in response to the status report. Government's oral motion to exclude time is granted. The court excludes time through 12/20/23 under 18 U.S.C. § 3161(h)(7) to serve the ends of justice, without objection. Excluding time will allow the parties the reasonable time necessary for effective preparation, which includes time to review discovery materials, time to consider and prepare pretrial motions, time for the government to consult internally, and time for defense counsel to consult with the client. Such delay outweighs the interests of the public and the defendant in a speedy trial. If any party believes a status hearing is necessary or would be helpful they should notify the court. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.