# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>Charles Taylor<br>Defendant. | Case No.: 1:22–cr–00158<br>Honorable Martha M. Pacold |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 21, 2025:

MINUTE entry before the Honorable Martha M. Pacold: as to Charles Taylor: Pretrial conference held on 1/21/2025. For the reasons stated on the record, the government's motions in limine [138] are granted in part, denied in part, and continued in part. Parties to file supplemental briefs by 1/27/2025 regarding jury instructions for the second phase of the bifurcated trial. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.