MR

**FILED**

JUN 10 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT MR

June 2, 2025
Monday
Charles Taylor
Reg# 94236509

Honorable Judge Martha Pacold

I am writing to you, not because i lost at trial last month. I am writing to you to make sure that my rights that i have after that guilty verdict was decided against me, were not, or are not being violated. I can only go off of what my attorney "Gregory Mitchell" has told me. He mentioned that he verbally during or right after the trial put in some sort of appeal. The thing is i am not being given any info about what appealable rights, or how this process works now that i have been found guilty.

The only contact that i have from my attorney has been brief's by phone only from my end. I have requested the trial transcripts in paper form i have yet to receive them. My request to you is that i am brought back to court as soon as possible for clarification on my appealable rights.

I have know idea how this process works, & i have know idea if theres a time period regarding any issue that i might have thats appealable. My attorney havent explained any of theses things to me. I need your legal guidance here.

Thank you for your time!!

Charles Daylier



Judge Martha Pacold
219 S. Dearborn st
chi, IL 60604

Charles Taylor 941236809
MCC
71 West Van Buren st
chi, IL. 60605

**METROPOLITAN CORRECTIONAL CENTER**
**71 W VAN BUREN ST, CHICAGO IL 606005**

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected.

JUN 0 5 2025

ender raises a question or problem over which this facility has jurisdiction.
ay wish to return the material for further information or clarification,
ender encloses correspondence for forwarding to another addressee,
se return to the enclosure to the above address.

061025-18

RECEIVED

JUN 10 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT